Report of Findings and Opinions
By Thomas E.
Danti METCON
L.L.C.
Maritime   Education   Training   Consultant   L.L.C.
October 7, 2020

DISCLOSURE  OF  ANTICIPATED  EXPERT  WITNESS  TESTIMONY
NAME AND ADDRESS OF EXPERT

Mr. Thomas E. Danti                                    Home Address:

METCON L.L.C. 2369 SE Maniton Terrace P.O. Box 613 Port Saint Lucie, Florida 34952

Jensen  Beach,  Florida  34958
(772) 342-3381

DATA  DEPOSITIONS  DOCUMENTS  STATEMENTS  RESEARCH  AND  OTHER
INFORMATION CONSIDERED IN RENDERING OPINIONS

A.  Documents:

1.  Serendipity's Response to Underwriters Interrogatories
2.  Serendipity's Response to Underwriters Request for Production and documents produced.
3.  Underwriters Rule 26 Disclosures
4.  Underwriters  Response  to  Serendipity's  First  Request  for  Production  and documents
5.  Underwriters  Response  to  Serendipity's  Second  Request  for  Production  and documents
6.  Underwriters Response to Serendipity's Interrogatories
7.  Cape Marina Subpoena Production
8.  Ocean Club Subpoena Production
9.  Second Amended Complaint
10. Underwriters' Answer to First Amended Complaint
11. Hurricane Plan by Jacqueline English, Mikael Sean Oakley
12. SeaWave  Yacht  Insurance  Renewal  Quotation  07  May  2019  and  associated documents
13. SeaWave Policy Wording

1

14. Weather report by Dooley Sea Weather Analysis

B.  Photographs:
      1.   Serendipity before and after the passing of Hurricane Dorian
      2.   Damage photographs Serendipity

C.  Depositions:
      1. Jessica Green
      3.   John Hewlett
      4.   Garyfallia Konstantopoulou
      5.   Scott Powers, Sr.
      6.   Mikael S. Oakley
      7.   Jacqueline English

D.  Research:
      1. NOAA Hurricane Dorian
      5.   NOAA RNC Viewer
      6.   Viking Princess; 61 foot, 2004

BACKGROUND
It is my understanding that during the passing of Hurricane Dorian the vessel "Serendipity", was tied side to a dock behind a residence at Pink Paradise in Treasure Cay. Treasure Cay is located on Great Abaco Island in the Bahamas. The hurricane plan in force, at the time, stated that the vessel was to be secured at Cape Marina located in Port Canaveral, Florida.

At some point, prior to the passing of Hurricane Dorian, Captain McIntosh and Captain Trevor, friends of Mikael Oakley attempted to secure the vessel to the dock and then waited out the storm. On September 1, 2019 as wind, waves and surge increased to hurricane force the "Serendipity" was battered at the dock. Eventually, she broke free from the dock and was washed up on land across the canal from Pink Paradise.

BASIS FOR MY OPINIONS and METHODOLOGY
Based on my experience as a Seaman, Officer in the Merchant Marine, Commander in the United States Naval Reserve, Yacht Captain, Professor of Marine Science at Florida Institute of Technology, Instructor/Dean of Chapman School of Seamanship, NMC approved Instructor and other related knowledge as outlined in my resume and the current information that I have reviewed an analyzed I have come to the following opinions concerning the "Serendipity incident.

2

The analysis as presented in this report is based upon information contained in photographs, discovery and other materials made available to METCON L.L.C. Additional facts, data, information gleaned from various research conducted during the preparation of this report, was also considered.

I have lived in Florida for over 40 years and have experienced several hurricanes, including Frances, Jean, Wilma, Mathew and Irma. Also, over the past 30 years I have been responsible in developing and implementing the hurricane preparedness plan for Chapman School of Seamanship's property and its fleet of approximately 75 vessels. The plan uses sound and reasonable actions to make our vessels both in the water and on land storm ready.

"Serendipity" Vessel Hurricane Plan:
Jacqueline English and Mikael Sean Oakley filed a vessel hurricane plan on 6/26/2017 with the Underwriters. It states the name of the vessel, Type:(Viking Princess), year; 2004 and other identifying information. It also gives a statement of where the vessel will be located the number of lines used to secure the vessel and how often the vessel is checked; (twice a week). Arrangements also called for tying down bimini and putting all lose items away. The alternative plan was to haul out the vessel and dry dock her.

SeaWave Yacht Insurance Certificate Schedule:
Effective date 10 June 2019 requires Serendipity to employ a full-time licensed captain for maintenance and care of the vessel and to be onboard when the vessel is underway.

Dooley Sea Weather Analysis:
BDM reported storm surges in excess of 20 feet were observed several miles inland on both Abaco and Grand Bahama. Storm surge measurement of 28 feet 3 inches was recorded at the Grand Bahama International Airport. Weather Between Treasure Cay and Cape Canaveral showed ocean prediction as the following:

1200ANALYSIS -Z OR 0800 AST AFTER ANALYSIS MAPS. CONDITIONS 24 HOURS       WAVES FEET/ FORECAST

Date /WIND SPEED       WAVE HEIGHT FT 24 HOUR FORECASTMAPS

WIND KTS

3

| | | | |
|---|---|---|---|
| 25 | 2-4/10-15 | ISSUED 25 FOR 26 | 3-4/5-10 |
| 26 | | 3-5/10-15 ISSUED 26 FOR 27 2-3/5-10 27 3-4/5-10 ISSUED 27 | |
| | FOR 28 = 2-3/5-10 | | |
| 28 | 2-4/5-10 | ISSUED 28 FOR 29=3-4/5-10 | |
| 29 | | 2-3/5-10 ISSUED 29 FOR 30 = 3-6/10-15 30 3-4 /10-15 ISSUED 30 | |
| | FOR 31 = 3-9/15-30 | | |
| 31 | 3-9/15-20 | ISSUED 31 FOR 01=3-12/15-35+ | |
| 01 | >12/15-20 | ISSUED 01 FOR 02=HURRICANE | |

Analysis of weather reports from buoy 41010 located in the ocean area of the Bahamas and Cape Canaveral showed hourly wind speeds and gusts mostly less than 10 to 16 knots between the 25th and 3 1st and wave heights less than 5 feet.

Vessel Specifications:
The 2004, 61 -foot Viking Princess has the following specifications:
Average Draft 4 feet 4 inches Beam:
16 feet
Fuel capacity: 2 tanks for a total of 790 gallons Cruising
speed: 20 to 25 kts Estimated range:
20 kts@35 gallons per hour: 5 hours X 35 = 175 gallons; range 100 nm
$\qquad$ 10 hours X 35= 350 gallons: range 200 nm
$\qquad$ 12 hours X 35= 420 gallons: range 240 nm
$\qquad$ 15 hours X 35= 525 gallons: range 300 nm
25 kts @ 50 gallons per hour: 5 hours X 50 = 250 gallons: range 125 nm
$\qquad$ 10 hours X 50 = 500 gallons: range 250 nm.

Distance from Treasure Cay, Bahamas to Cape Marina in Cape Canaveral, Florida: Serendipity Response to Underwriters - INTERROGATORY 16: Approximately how long did the summer 2019 voyage from Cape Marina, Cape Canaveral, Florida to Pink Paradise, Treasure Cay, Bahamas take in terms of time underway and how long of a voyage was it in terms of miles?

RESPONSE: 10 hours / distance 100 miles.

My independent investigation using Google Earth indicated that the run from Treasure Cay to Cape Marina is approximately 200 miles, suggesting an error in Serendipity's Interrogatory Response. In any event, moving the vessel from Treasure Cay to Cape Marina was well within the cruising range of this vessel.

4

Opinions based on facts reviewed

<u>It was admitted by Mr. Oakley that "Serendipity" was not incompliance with her warranty to have a full time Captain for the maintenance and care of the vessel and to be onboard when the vessel was underway. This breach of warranty contributed to the loss of the vessel during Hurricane Dorian.</u>
Mr. Oakley admitted in his deposition testimony that he and his wife did not employ a full time captain for the maintenance and care of "Serendipity" and to be aboard while the vessel was underway, during the 2019-2020 policy period at issue in this case. This is a breach of the Captain Warranty in the SeaWave insurance policy.

Even though the loss did not occur while "Serendipity" was underway the experience and training of a USCG licensed Captain cannot be understated. USCG Licensed Captains are trained in the areas of weather and hurricane awareness. Prospective Captains are tested on the forces and movement of hurricanes, vessel readiness and planning for severe weather events. Had Mr. Oakley and Ms. English employed the full time licensed Captain required by the policy warranty, the Captain would have been in the Bahamas with the vessel and would have been in a position to move it quickly back to Cape Marina or another safe port, once the threat to the Bahamas was forecast. In fact, a competent licensed Captain would have planned for that contingency. Part of a Captain's planning while keeping the vessel in the Bahamas during hurricane season would be to make sure the vessel is fully fueled, crewed and ready to make the trip back to the United States on short notice, if an evacuation is required.

"Serendipity" being left by its owner in the Bahamas without a full time licensed Captain, placed the vessel in a position where there was no dedicated vessel Captain to monitor the approach of Hurricane Dorian and make the reasonable decision to return the vessel to Cape Marina once the Bahamas was in the forecast path of Hurricane Dorian. Mr. Oakley testified to having local captains watching the vessel, however it does not appear that either were in a position to depart the Bahamas with the vessel, given their other obligations. This left Mr. Oakley directing their attempts to tie up the vessel in the Bahamas to weather the hurricane via a webcam. This was done while the weather and sea conditions were favorable for a return voyage to Florida and with a vessel that had ample fuel capacity to make the voyage.

Based on the forecast information obtained by Dooley SeaWeather, there is no question that a licensed Captain assigned to "Serendipity" would have made the decision to evacuate himself or herself and "Serendipity" from the Bahamas in the advance of Hurricane Dorian's arrival. This decision would have been made to protect both life and property. Mr. Oakley testified that his decision, based on the weather information he found, was to leave the vessel at Treasure Cay as

5

the best location to weather the Hurricane. This decision is not supported by the weather evidence, which showed a clear threat to this location.

Cape Marina in Port Canaveral, Florida offers favorable hurricane protection features <u>and was the agreed mooring location for "Serendipity"</u>.

I am personally familiar with Cape Marina in Port Canaveral, Florida as I have docked vessels at this facility in the past. They are both a full service as well as a do it your self-boat yard and Marina. The Marina is located well inland (approximately 2 miles) to protect from storm surge, wind and waves and offers good protection for vessels both in and out of the water. As the Cape Marina records show, "Serendipity" was previously on the hard at this facility in June of 2019. On arrival, it could have been hauled out and blocked on land. Typically, a licensed captain would contract for this service in advance, knowing that Cape Marina was the location required by the insurance hurricane plan. A hurricane reservation at Cape Marina would have guaranteed a haul out for the vessel in advance of a named storm.

Even if Cape Marina could not haul out the vessel, its wet slips offer far better mooring options for hurricane preparation than tying side to a residence dock in Treasure Cay. As a low lying island in the Bahamas, Treasure offers little natural protection from an approaching hurricane. Cape Marina would have been a superior location for "Serendipity" to weather Hurricane Dorian and to protect the vessel from damage.

<u>AIS vessel electronic tracking shows a mass exodus of vessels leaving the Bahamas and crossing the Gulf Steam ahead of Hurricane Dorian.</u>

The Automatic Identification System ("AIS") is a digital VHF radio based transponder system used for identifying and tracking vessels worldwide. It also aids in collision avoidance as it shows the course, speed and distance of vessels in the area. The Dooley SeaWeather report analyzed historical AIS data from the period before Hurricane Dorian impacted the Bahamas. AIS vessel tracking information clearly shows the exodus of vessels leaving the Bahamas in advance of Hurricane Dorian. This shows that other vessel owners and their Captains made the decision to evacuate the Bahamas for safe harbor in advance of Hurricane Dorian. These individuals were privy to the same forecasts as Mr. Oakley, yet made the decision to evacuate their vessels.

Wave height information produced as part of Dooley SeaWeather's weather report shows wave heights between August 25-30 to between 3 to 4 feet. Based on this information it is my opinion that "Serendipity" had a substantial time window to evacuate in advance of Hurricane Dorian as

she could certainly making the passage back from the Bahamas to the east coast of the United States during this period. Even a departure delayed until August 30, would have left sufficient time for the vessel to run back to Cape Marina.

<u>At Chapman School of Seamanship we follow our hurricane plan and are prepared before the start of hurricane season. It is clear that "Serendipity" was not prepared for hurricane season. This lack of preparation and understanding concerning the importance of a hurricane plan contributed to the loss of the vessel.</u>

I oversee the annual hurricane planning at Chapman School of Seamanship. (See attached plan). The school expends substantial time and resources to prepare and execute its hurricane plan each year. This is done to protect both life and property. Most of our smaller vessels are either secured to our docks in the well protected area of the Manatee Pocket or hauled out of the water.

In the past we have used, American Custom Yachts, River Forest, Sailfish Marina, Hinkley's and Harbortown Marina in Ft. Pierce to store or haul out our larger vessels in the size range of "Serendipity". This requires, in some instances, that the school to prepay for hurricane haul out/dockage. I would expect a full time licensed Captain to have made similar arrangements for "Serendipity" to ensure that it had a haul out or dockage reservation in advance of the arrival of a named storm. Had this plan existed for "Serendipity" under the watch of a licensed Captain she would have been brought back from the Bahamas and stored in her required hurricane location to protect her from damage.

We typically maintain a fleet of approximately 100 vessels both on land and in the water. I have been at Chapman School for the past 32 years. To date, we have never lost a vessel during hurricane season. Planning and being prepared is the key to reducing risk posed to vessels by hurricanes and other severe storms. Mr. Oakley's testimony that the hurricane plan is to be executed at whatever location the vessel is located, does not serve the interests of protecting the vessel. Nith sufficient notice of a hurricane's approach, all efforts must be made to return a vessel to its planned hurricane storage location and to execute that plan. Obviously, if this is not possible due to other factors, best efforts must be made at the vessel's location, however that was not the case with "Serendipity". The owner had the means and opportunity to evacuate the vessel, but simply chose not to execute "Serendipity's" hurricane plan. This contributed to the loss of the vessel. From my review of his testimony, it appears that Mr. Oakley did not understand the significance of Serendipity's hurricane plan, in the manner it would have been understood by a competent full-time licensed Captain.

Hurricane plans are critical for vessel safety and maintenance. They are not just a piece of paper that you sign in the context of obtaining an insurance policy. This significance and importance of hurricane plans are taught during our professional mariner training classes as most of our students

aspire to be captains. As per our teachings and our hurricane plan, we are always hurricane ready. (Chapman School of Seamanship's Hurricane Plan.)

<u>Based on information reviewed it is my opinion that Serendipity was not properly prepared for Hurricane Dorian</u>

As explained above, the hurricane plan required that the vessel be secured at Cape Marina. This was not done and therefore "Serendipity" was in breach of its hurricane plan. This breach contributed to the loss of the vessel.

Review of the preparation that Mr. Oakley directed in the Bahamas shows that "Serendipity" was not even secured in that location, per the requirements of the hurricane plan. This is based on Mr. Oakley's testimony and the photograph of the vessel prior to the hurricane. In addition to the vessel being located at Cape Marina in Port Canaveral, Florida the plan also called for 6 large lines with chafing protection. Photographs that I have reviewed show lines with no chafing gear to protect them from the effects of abrasion caused by storm surge. Without chafing gear, the lines would soon wear and part from the constant surge of the waves created by hurricane force winds. The plan also calls for the doubling of lines. None of the photographs show any lines doubled up. Also, the plan called for the vessel to be at least 15 feet away from the dock. This allows for storm surge protection. The photograph I reviewed did not show the vessel 15 feet away from the dock.

Finally, the plan states under paragraph 17 "What are your alternative plans in the event that the above plan becomes unlikely? Haul out and dry storage ifneeded. In the event that "Serendipity" was unable to execute the plan, that is tie up in Cape Marina as described above, its owner had agreed to haul it out an place it in dry storage. Had this been done, it is likely the vessel would have sustained less damage as a result of Hurricane Dorian.

<u>CONCLUSIONS:</u>

Based on the information I have reviewed to date I have come to the following conclusions:

A. The owner of "Serendipity" was in breach of the insurance policy's captain warranty. Mr. Oakley admitted that they did not employ a full time licensed captain for the maintenance and care of the vessel and to be aboard while underway. This contributed to the loss of the vessel.
   a. With proper planning that would have been performed by a full time licensed captain, it is most likely that "Serendipity" would have been moved back to Cape Marina for protection from Hurricane Dorian.

8

   b. "Serendipity" did not have the benefit of an experienced of a full-time captain onboard to track the approach of hurricane Dorian, keep the vessel ready and evacuate the vessel from the Bahamas in advance of the hurricane.

   c. AIS data confirms that many other vessels made the decision to evacuate the Bahamas based on the same forecast information available to owner of "Serendipity".

B. The "Serendipity" was not in compliance with her hurricane plan as she was left in the Bahamas, which was not an option under the plan. This contributed to the loss of the vessel.

   a. There was no evidence chafing gear was used to protect the lines from parting.

   b. The lead on the lines was not long enough to allow for a 20 foot storm surge.

   c. The vessel was not hauled out, which was the alternative hurricane plan.

   d. Owner of "Serendipity" did not appear to understand the importance of a hurricane plan with regard to its vessel.

   e. Cape Marina offered better protection from a hurricane than the dock behind Pink Paradise in Treasure Cay.


RESERVATION

I reserve the right to amend this report should any additional information be provided that would change my opinions.


CERTIFICATION

I Thomas E. Danti certify that the facts and opinions contained in this report are accurate and truthful, and, further, that the opinions expressed in this report are the result of my own personal analysis, and not influenced by the opinions of any person or persons and are held by this author to be within a reasonable degree of professional certainty. The opinions contained in this report are based upon all the information known to me as of the time this report was issued, as well as my own knowledge, skill, experience, training, and/or education.

Date: October 7, 2020


        Signature: Thomas E. Danti
                   Thomas E. Danti