EXHIBIT "3"

# DOOLEY SEAWEATHER ANALYSIS, INC.

P.O. Box 63, City Island, NY 10464
Tel: 718 885 0962
E-mail: DSEAWX@IX.NETCOM.COM

---

## HURRICANE DORIAN:

### WEATHER CONDITIONS IN
### TREASURE CAY, BAHAMAS
### AUGUST 25 TO SEPTEMBER 1, 2019

---

 

**PREPARED BY DOOLEY SEAWEATHER ANALYSIS, INC.**

**Austin L. Dooley, Ph.D.**

**DATE: October 5, 2020**

## HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

| CONTENTS | PAGE |
|---|---|
| 1. INTRODUCTION | 1 |
| 2. HURRICANE DORIAN AND GREAT  ABACO ISLAND | 3 |
| 3. WATCHES AND WARNINGS FOR THE BAHAMAS | 7 |
| 4. NHC FORECASTS FOR THE BAHAMAS AND GREAT ABACO | 13 |
| 5. WEATHER BETWEEN TREASURE KEY AND CAPE CANAVERAL | 18 |
| 6. SUMMARY | 21 |
| BIBLIOGRAPHY | 39 |
| CURRICULUM VITAE | 40 |

### HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

## 1. INTRODUCTION

**1.1 RESEARCH ASSIGNMENT:**  Dooley SeaWeather Analysis was requested to research the forecast weather conditions for Treasure Cay, Great Abaco Islands, Bahamas during the approach of Hurricane Dorian in August 2019.

The analysis was performed to determine the departure window of opportunity for a vessel sailing from Treasure Cay to Cape Canaveral, Florida on a voyage of about 10 hours duration over a distance of approximately 200 nautical miles.  Departure time needed to allow for the start of the transit before the arrival of tropical storm force winds in Abaco Island.  In addition, weather conditions on the voyage should be suitable for a safe arrival.

This report presents the findings made by Dr. Austin L. Dooley.   It was completed for Andrew N. Mescolotto, Esq. of Fertig & Gramling in Fort Lauderdale, Florida.

**1.2 INCIDENT:** The YACHT SERENDIPITY AT SEA was at a dock in Treasure Cay as Dorian approached and made landfall on Great Abaco Island.  As the Category 5[1] hurricane passed over the Cay, the yacht was grounded and damaged.

**1.3 BACKGROUND OF RESEARCHER AUSTIN L. DOOLEY, PH.D:** As the author of this report, my full C.V. is attached.  In summary, I have more than 38 years of experience in the field of maritime meteorology and oceanography.  I have a BS, MS and Ph.D. and was a tenured associate professor of meteorology and oceanography at the S.U.N.Y. Maritime College before beginning full time in the maritime meteorology/oceanography industry. From 1997 to 2019, I served as an adjunct instructor of meteorology and oceanography at Purchase College and was for 13 years an adjunct associate professor of meteorology at the United States Merchant Marine Academy.  I have testified under oath as a weather expert in both court and deposition in cases taking place in the Federal District Courts of Eastern New York, Southern New York, Newark NJ, Miami, Charleston SC, Albany NY, Los Angeles, Baltimore, Portland Oregon, St. Thomas U.S.V.I., Jacksonville, New Orleans and Lake Charles, LA.

In addition to having degrees in meteorology and oceanography, I also obtained a United States Coast Guard Merchant Marine License as a Third Mate upon graduating from New York Maritime

---

[1] https://www.weather.gov/mfl/saffirsimpson  Category Five Hurricane:  Winds 157 mph or higher (137 knots or higher or 252 km/hr or higher). Catastrophic damage will occur: A high percentage of framed homes will be destroyed, with total roof failure and wall collapse. Fallen trees and power poles will isolate residential areas. Power outages will last for weeks to possibly months. Most of the area will be uninhabitable for weeks or months. The Keys Hurricane of 1935 and Andrew of 1992 made landfall in South Florida as Category Five hurricanes.

HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

College in 1968.  I sailed as a deck officer from 1968 to 1980 (full and part time). My highest license was Chief Mate unlimited tonnage, Master 1600 gross tons or less.

**1.4  RESEARCH METHODOLOGY:** In my work, I research and analyze weather and oceanographic data, log books, scientific reports by researchers and government agencies and other pertinent records and documents such as expert reports and deposition testimony pertaining to events and incidents affected by the weather and sea conditions.

To determine and understand the weather elements for a vessel at sea, I examine available log books, vessel documents, weather reports from nearby vessels, buoys or weather stations, model data together with forecasts, reports and analysis products issued contemporaneously with the time of the incident by weather agencies and witness statements. At the conclusion of my research, I render opinions on the pertinent weather elements such as wind and or wave conditions occurring at the time of the incident.  Various tables and charts are used to explain and demonstrate my findings, and if required, as part of any testimony I may give.

**1.5 SYNOPSIS OF FINDINGS:** Analysis found that forecasts for Hurricane Dorian advised of its potential impacts days before landfall on Great Abaco Island.  Watches and Warnings issued by both the National Hurricane Center and the Bahama Department of Meteorology provided guidance on the timing of its landfall allowing for completion of preparedness activity to minimize damage.  Weather conditions for a 10 hour passage from Treasure Cay to Cape Canaveral occurring during the period August 25 to 30 were similar to those of July 27, 2019.

**1.6 RATES FOR DOOLEY SEAWEATHER ANALYSIS INC.:** Company rates are US$290 per hour for preparation, research and travel for Dr. Dooley.  Time attending court, presentations before opposing counsel, depositions and testimony is US$375 per hour.  Expenses are additional.

2

HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

## 2. HURRICANE DORIAN AND GREAT ABACO ISLAND:

Following descriptions of Dorian are from the National Hurricane Center (NHC)[2] report on Dorian:

NHC indicated the hurricane made landfall at Elbow Cay, Great Abaco, in the northwestern Bahamas at 1640 UTC[3] 1 September as the strongest hurricane to hit the northwestern Bahamas in modern records.   The maximum wind speed was estimated at 160 knots (a category 5 hurricane) with a minimum pressure of 910 millibars (mbs). There was devastating loss of life and damage on Great Abaco and Grand Bahama Islands.

Catastrophic storm surge inundation occurred on the Abaco Islands and Grand Bahama. NHC reported a tide gauge on the western tip of Grand Bahama Island measured a water level of 6.4 feet (ft) above Mean Higher High Water (MHHW).  NHC reported higher water levels likely occurred farther east on Grand Bahama Island and on the Abaco Islands where there were no tide measurements. Eyewitness accounts include in the NHC report indicated water levels may have been more than 20 ft above ground level in some areas.

Dorian started as a tropical wave[4] in the Atlantic off the west coast of Africa on August 19, 2019. The wave moved westward with an associated area of convection.  NHC indicated a weak circulation developed near the axis of the wave at about 40°W on August 22nd.

Satellite analysis indicated the circulation provided for development of a low pressure area. The low continued moving toward the west becoming better organized such that on August 24 at 0600 UTC, NHC identified it as a tropical depression.  The depression was about 700 nautical miles (nm) east-southeast of Barbados.

Wind speeds increased to tropical storm level and the system became identified as Tropical Storm Dorian at 1800 UTC 24 August.  Dorian reached the Windward Islands early on 27 August and made landfall over Barbados at about 0130 UTC 27 August with wind speeds of 45 knots (kts) winds.  It then passed over St. Lucia heading west-northwest and northwest at about 10 kts.

---

[2] NATIONAL HURRICANE CENTER TROPICAL CYCLONE REPORT: HURRICANE DORIAN (AL052019) 24 August – 7 September 2019.  Lixion A. Avila, Stacy R. Stewart,Robbie Berg, and Andrew B. Hagen. National Hurricane Center 20 April 2020

[3] Coordinated Universal Time - UTC.  A reference time zone used in meteorological analysis.  It provides a standard reference for observation, analysis and forecasts.  UTC is also refered to as Greenwich Mean Time (GMT) or Zulu (Z).  It is 4 hours ahead of Atlantic Standard Time (AST) and Eastern Daylight Time (EDT).  Thus 1200 UTC/GMT/Z = 0800 AST.

[4] A perturbation in the trade wind flow in the tropics.  Wave like flow patterns moving across the ocean embedded within the trade winds result in areas of cloudiness forming on the wave.  With sufficient development the wave may develop cyclonic circulation and progress to hurricane status.

## HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

Dorian became a hurricane at about 1530 UTC on August 27th as it moved over St. Croix.  The center of the hurricane then moved across the western tip of St. Thomas with 70 kts winds at 1800 UTC that day.

The hurricane continued to strengthen and moved northwestward into the Atlantic, away from the Virgin Islands and Puerto Rico.  Atmospheric conditions forced Dorian to take a west-northwest to west path as it reached category 3 on the Saffir-Simpson Hurricane Wind Scale at 1800 UTC 30 August.  Its position was about 385 nautical miles (n.m.) east of the northwestern Bahamas.   NHC analysis issued at 2100 UTC August 30th indicated its forward speed was 8 knots.

Estimated surface winds reached 115 kts at 0000 UTC 31 August with the eye estimated at about 12 n.m. in diameter. Dorian became a category 5 hurricane and then made landfall at Elbow Cay, Great Abaco with a pressure of 910 millibars (mbs) and estimated winds of 160 kts. Due to weak atmospheric steering conditions the hurricane moved very slowly westward, pounding Great Abaco with category 2 and 3 speeds for several hours and tropical-storm-force winds for about 3 days.  Dorian moved toward Grand Bahama Island making landfall near South Riding Point on Grand Bahama early on 2 September with winds at 155 kts.

The hurricane moved back over the ocean with a larger eye and decreased wind speeds at 140 kts. After leaving the Bahamas, Dorian turned north-northwestward and northward at about 5 to 10 kts. This kept the intense core of the hurricane east of Florida during the period from 3–5 September. The hurricane then weakened as it moved northward over cooler waters and later intensified to category 3 as its core moved over the warmer Gulf Stream.

As Dorian turned northeastward, its eye passed near the Outer Banks of North Carolina for several hours and made landfall over Cape Hatteras at 1230 UTC 6 September following which it moved into the open Atlantic and later made landfall in Nova Scotia.

Chart 1A from the NHC report shows Dorian's best track[5] and its movement over the northwestern Bahamas.

Chart 1B shows the best track of the eye over Great Abaco Island.  The dated 0000 and 1200 UTC positions are shown for the 1st through September 3rd.

Chart 1C is also from the NHC report and shows a radar analysis of the storm structure just before landfall in Great Abaco.  The eye is shown just offshore Elbow Cay.

---

[5] Best track: NHC's analysis of a tropical cyclone.  It consists of 6-hourly representative estimates of the cyclone's center location and maximum sustained wind as well as other parameters, determined by a post-storm analysis of all available storm data.

4

## HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

### CHART 1A. NHC BEST TRACK FOR DORIAN



### CHART 1B. BEST TRACK OVER GREAT ABACO AND GRAND BAHAMA ISLANDS



5

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

CHART 1C. NHC'S RADAR IMAGE OF DORIAN BEFORE LANDFALL IN GREAT ABACO.



Figure 4.     Radar reflectivity display of Category 5 Hurricane Dorian approaching Great Abaco Island in the northwestern Bahamas
at 1545 UTC 1 September.  Radar data courtesy of the Bahamas Department of Meteorology, and image courtesy of
Brian McNoldy, RSMAS, Univ. of Miami.

NHC reported Tropical Storm Erin[6] occurring from 26 to 29 August 2019.  The best track shows the system east of 73° West while between 30° and 36.9° North. Erin's peak intensity was estimated by NHC at 35 knots occurring from 1800 UTC 27 August to 1200 UTC 28 August.  Erin was at 31.3° N 71.6° W at the time and moving north-northwest at 6 knots. There were no watches or warnings for land areas issued by NHC during Erin.

NHC reported the National Ocean Services (NOS) tide and weather station at the Trident Pier in Port Canaveral recorded  a maximum  gust at 45 knots (tropical-storm-force) occurring on September 4 at 0230 UTC (the 3rd 10:30 PM AST).  In addition, the station recorded a storm surge of 2.11 feet.  NHC indicated this resulted in an inundation level of 2.2 feet above normal dry land (Mean Higher High Water - MHHW).

NOAA Buoy 41009 located closer to Dorian at 20 n.m. east of Cape Canaveral (28.50°N 80.18°W) reported 52 knots at 0700 UTC on the 4th (0300 AST) with a gust of 70 knots.

---

[6] NATIONAL HURRICANE CENTER TROPICAL CYCLONE REPORT TROPICAL STORM ERIN (AL062019) 26–29 August 2019 Eric S. Blake, National Hurricane Center 15 November 2019

## HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

CHART 2. NHC BEST TRACK FOR ERIN



## 3. WATCHES AND WARNINGS FOR THE BAHAMAS

As Dorian moved north of Puerto Rico and the Virgin Islands late on the 28th, the NHC and the government of the Bahamas began to advise of the hurricane's potential for the Bahamas.

In NHC Hurricane Dorian Forecast/Advisory (FA) Number 20 issued at 0900 UTC on the 29th, NHC included the following statement:

```
THERE ARE NO COASTAL WATCHES OR WARNINGS IN EFFECT.
INTERESTS IN THE NORTHWESTERN AND CENTRAL BAHAMAS SHOULD
MONITOR THE PROGRESS OF DORIAN.
HURRICANE CENTER LOCATED NEAR 20.5N 66.6W AT 29/0900Z
POSITION ACCURATE WITHIN 20 NM
PRESENT MOVEMENT TOWARD THE NORTHWEST OR 325 DEGREES AT 11KT
```

The notice to monitor the progress also appeared in advisories 21 and 22. Number 23 expanded the advisory as follows:

```
HURRICANE DORIAN FORECAST/ADVISORY NUMBER 23
NWS NATIONAL HURRICANE CENTER MIAMI FL AL052019
0300 UTC FRI AUG 30 2019
THERE ARE NO COASTAL WATCHES OR WARNINGS IN EFFECT.
INTERESTS IN THE NORTHWESTERN AND CENTRAL BAHAMAS SHOULD
MONITOR THE PROGRESS OF DORIAN.  WATCHES MAY BE REQUIRED FOR
PORTIONS OF THIS AREA ON FRIDAY.
HURRICANE CENTER LOCATED NEAR 23.3N 68.4W AT 30/0300Z
POSITION ACCURATE WITHIN 20 NM
PRESENT MOVEMENT TOWARD THE NORTHWEST OR 325 DEGREES AT 10KT
```

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

FA Number 24 indicated a hurricane watch set by the government of the Bahamas for the northwestern Bahamas.  It was as follows:

```
HURRICANE DORIAN FORECAST/ADVISORY NUMBER 24
NWS NATIONAL HURRICANE CENTER MIAMI FL        AL052019
0900 UTC FRI AUG 30 2019
CHANGES IN WATCHES AND WARNINGS WITH THIS ADVISORY...THE
GOVERNMENT OF THE BAHAMAS HAS ISSUED A HURRICANE WATCH FOR
THE NORTHWESTERN BAHAMAS.
SUMMARY OF WATCHES AND WARNINGS IN EFFECT...
A HURRICANE WATCH IS IN EFFECT FOR...NORTHWESTERN BAHAMAS
A HURRICANE WATCH MEANS THAT HURRICANE CONDITIONS ARE
POSSIBLE WITHIN THE WATCH AREA.  A WATCH IS TYPICALLY ISSUED
48 HOURS BEFORE THE ANTICIPATED FIRST OCCURRENCE OF
TROPICAL-STORM-FORCE WINDS...CONDITIONS THAT MAKE OUTSIDE
PREPARATIONS DIFFICULT OR DANGEROUS.
INTERESTS IN SOUTHERN AND CENTRAL FLORIDA SHOULD MONITOR THE
PROGRESS OF DORIAN.
HURRICANE CENTER LOCATED NEAR 23.8N 69.1W AT 30/0900Z
POSITION ACCURATE WITHIN 20 NM
PRESENT MOVEMENT TOWARD THE NORTHWEST OR 320 DEGREES AT 10KT
```

FA Number 25 indicated there were no changes to the watch in the northwest Bahamas. FA Number 26 indicated the watch was upgraded to a warning as follow:

```
HURRICANE DORIAN FORECAST/ADVISORY NUMBER 26
NWS NATIONAL HURRICANE CENTER MIAMI FL AL052019
2100 UTC FRI AUG 30 2019
CHANGES IN WATCHES AND WARNINGS WITH THIS ADVISORY...
THE GOVERNMENT OF THE BAHAMAS HAS ISSUED A HURRICANE WARNING
FOR THE NORTHWESTERN BAHAMAS...INCLUDING THE ABACOS...BERRY
ISLANDS...BIMINI...ELEUTHERA...GRAND BAHAMA ISLAND...AND NEW
PROVIDENCE.
SUMMARY OF WATCHES AND WARNINGS IN EFFECT...
A HURRICANE WARNING IS IN EFFECT FOR...
* NORTHWESTERN BAHAMAS EXCLUDING ANDROS ISLAND
A HURRICANE WATCH IS IN EFFECT FOR...
* ANDROS ISLAND
A HURRICANE WARNING MEANS THAT HURRICANE CONDITIONS ARE
EXPECTED SOMEWHERE WITHIN THE WARNING AREA.  A WARNING IS
TYPICALLY ISSUED 36 HOURS BEFORE THE ANTICIPATED FIRST
OCCURRENCE OF TROPICAL-STORM-FORCE WINDS...CONDITIONS THAT
MAKE OUTSIDE PREPARATIONS DIFFICULT OR DANGEROUS.
PREPARATIONS TO PROTECT LIFE AND PROPERTY SHOULD BE RUSHED
TO COMPLETION. HURRICANE CENTER LOCATED NEAR 25.0N  70.7W AT
30/2100Z POSITION ACCURATE WITHIN  20 NM. PRESENT MOVEMENT
TOWARD THE WEST-NORTHWEST OR 300 DEGREES AT 8KT
```

8

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

FA Numbers 27, 28 and 29 indicated no changes to the warning for Abaco Islands.  FA Number 30 was the first with a tropical storm watch set for the east coast of Florida and advised monitoring in other sections of the state.  An extract from the FA follows:

```
HURRICANE DORIAN FORECAST/ADVISORY NUMBER 30
NWS NATIONAL HURRICANE CENTER MIAMI FL AL052019
2100 UTC SAT AUG 31 2019
CHANGES IN WATCHES AND WARNINGS WITH THIS ADVISORY...
A TROPICAL STORM WATCH HAS BEEN ISSUED FOR THE EAST COAST OF
FLORIDA FROM DEERFIELD BEACH TO SEBASTIAN INLET.
SUMMARY OF WATCHES AND WARNINGS IN EFFECT...
A HURRICANE WARNING IS IN EFFECT FOR...
* NORTHWESTERN BAHAMAS EXCLUDING ANDROS ISLAND
A HURRICANE WATCH IS IN EFFECT FOR...
* ANDROS ISLAND
A TROPICAL STORM WATCH IS IN EFFECT FOR...
* DEERFIELD BEACH TO SEBASTIAN INLET
...A TROPICAL STORM WATCH MEANS THAT TROPICAL STORM CONDITIONS
ARE POSSIBLE WITHIN THE WATCH AREA...GENERALLY WITHIN 48
HOURS... INTERESTS ELSEWHERE IN SOUTHERN AND CENTRAL FLORIDA
SHOULD CONTINUE TO MONITOR THE PROGRESS OF DORIAN.
ADDITIONAL WATCHES MAY BE REQUIRED FOR PORTIONS OF THE EAST
COAST OF FLORIDA TONIGHT OR SUNDAY
```

FA Number 31 was unchanged.  Number 32 increased the portion of the Florida coast by extending the tropical storm watch and upgrading the watch to a warning as follows:

```
HURRICANE DORIAN FORECAST/ADVISORY NUMBER 32
NWS NATIONAL HURRICANE CENTER MIAMI FL AL052019
0900 UTC SUN SEP 01 2019
CHANGES IN WATCHES AND WARNINGS WITH THIS ADVISORY...
THE TROPICAL STORM WATCH FROM NORTH OF DEERFIELD BEACH TO
SEBASTIAN INLET IS CHANGED TO A TROPICAL STORM WARNING.
A TROPICAL STORM WATCH HAS BEEN ISSUED FROM NORTH OF GOLDEN
BEACH TO DEERFIELD BEACH.
SUMMARY OF WATCHES AND WARNINGS IN EFFECT...
A HURRICANE WARNING IS IN EFFECT FOR...
* NORTHWESTERN BAHAMAS EXCLUDING ANDROS ISLAND
A HURRICANE WATCH IS IN EFFECT FOR...
* ANDROS ISLAND
A TROPICAL STORM WARNING IS IN EFFECT FOR...
* NORTH OF DEERFIELD BEACH TO SEBASTIAN INLET
A TROPICAL STORM WATCH IS IN EFFECT FOR...
* NORTH OF GOLDEN BEACH TO DEERFIELD BEACH
...A TROPICAL STORM WARNING MEANS THAT TROPICAL STORM
CONDITIONS ARE EXPECTED WITHIN THE WARNING AREA WITHIN 36
HOURS.
```

9

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

```
INTERESTS ELSEWHERE IN SOUTHERN AND CENTRAL FLORIDA SHOULD
CONTINUE TO MONITOR THE PROGRESS OF DORIAN.  ADDITIONAL
WATCHES OR WARNINGS MAY BE REQUIRED FOR PORTIONS OF THE EAST
COAST OF FLORIDA TODAY.
HURRICANE CENTER LOCATED NEAR 26.4N  76.0W AT 01/0900Z
POSITION ACCURATE WITHIN 10 NM PRESENT MOVEMENT TOWARD THE
WEST OR 280 DEGREES AT   7 KT
```

FA Number 33 increased the area under watches and warnings to include the Cape Canaveral area as follows:

```
HURRICANE DORIAN FORECAST/ADVISORY NUMBER  33
NWS NATIONAL HURRICANE CENTER MIAMI FL AL052019
1500 UTC SUN SEP 01 2019
CHANGES IN WATCHES AND WARNINGS WITH THIS ADVISORY...
A HURRICANE WATCH HAS BEEN ISSUED FOR THE EAST COAST OF
FLORIDA FROM NORTH OF DEERFIELD BEACH TO THE VOLUSIA/BREVARD
COUNTY LINE.A STORM SURGE WATCH HAS ALSO BEEN ISSUED FROM
NORTH OF DEERFIELD BEACH TO THE VOLUSIA/BREVARD COUNTY LINE.
A TROPICAL STORM WATCH HAS BEEN ISSUED FOR LAKE OKEECHOBEE.
SUMMARY OF WATCHES AND WARNINGS IN EFFECT...
A STORM SURGE WATCH IS IN EFFECT FOR...
* NORTH OF DEERFIELD BEACH TO THE VOLUSIA/BREVARD COUNTY LINE
A HURRICANE WARNING IS IN EFFECT FOR...
* NORTHWESTERN BAHAMAS EXCLUDING ANDROS ISLAND
A HURRICANE WATCH IS IN EFFECT FOR...
* ANDROS ISLAND
* NORTH OF DEERFIELD BEACH TO THE VOLUSIA/BREVARD COUNTY LINE
A TROPICAL STORM WARNING IS IN EFFECT FOR...
* NORTH OF DEERFIELD BEACH TO SEBASTIAN INLET
A TROPICAL STORM WATCH IS IN EFFECT FOR...
* NORTH OF GOLDEN BEACH TO DEERFIELD BEACH
* LAKE OKEECHOBEE
A STORM SURGE WATCH MEANS THERE IS A POSSIBILITY OF LIFE-
THREATENING INUNDATION...FROM RISING WATER MOVING INLAND FROM
THE COASTLINE...IN THE INDICATED LOCATIONS DURING THE NEXT 48
HOURS. FOR A DEPICTION OF AREAS AT RISK...PLEASE SEE THE
NATIONAL    WEATHER    SERVICE    STORM    SURGE   WATCH/WARNING
GRAPHIC...AVAILABLE AT HURRICANES.GOV.
…INTERESTS ELSEWHERE ALONG THE EAST COAST OF FLORIDA SHOULD
CONTINUE TO MONITOR THE PROGRESS OF DORIAN...AS ADDITIONAL
WATCHES OR WARNINGS MAY BE REQUIRED LATER TODAY.
HURRICANE CENTER LOCATED NEAR 26.5N 76.8W AT 01/1500Z
POSITION ACCURATE WITHIN 10 NM PRESENT MOVEMENT TOWARD THE
WEST OR 270 DEGREES AT 6 KT
```

### HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

FA Numbers 34, 35 continued the warnings and watches for the east coast.  FA Number 44 indicated the cancelation of the watches and warnings in the Bahamas and changes to the Florida conditions.

```
HURRICANE DORIAN FORECAST/ADVISORY NUMBER 44
0900 UTC WED SEP 04 2019
CHANGES IN WATCHES AND WARNINGS WITH THIS ADVISORY...
THE GOVERNMENT OF THE BAHAMAS HAS DISCONTINUED ALL TROPICAL
STORM WARNINGS FOR THE BAHAMAS.
THE TROPICAL STORM WARNING SOUTH OF SEBASTIAN INLET FL HAS
BEEN DISCONTINUED.
THE HURRICANE WARNING FROM SEBASTIAN INLET FL TO THE VOLUSIA
/BREVARD COUNTY FL LINE IS CHANGED TO A TROPICAL STORM
WARNING.
```

In FA Number 46 all Florida warnings south of Volusia County were canceled.

```
HURRICANE DORIAN FORECAST/ADVISORY NUMBER 46
NWS NATIONAL HURRICANE CENTER MIAMI FL AL052019
2100 UTC WED SEP 04 2019
CHANGES IN WATCHES AND WARNINGS WITH THIS ADVISORY...
…THE STORM SURGE WARNING AND TROPICAL STORM WARNING HAVE BEEN
DISCONTINUED SOUTH OF THE FLAGLER/VOLUSIA COUNTY LINE.
```

The report on Dorian issued by the Government of Bahamas' Department of Meteorology[7] (BDM) summarized the watches and warnings issued as follows:

"The Bahamas Department of Meteorology issued a total of twenty one (21) News Items on Tropical Depression Five and fifty two (52) Alert messages on Tropical Storm/Hurricane Dorian. Three (3) of these Alerts were issued while Dorian remained a Tropical Storm, the fourth Alert was an All Clear for the Southeast Bahamas and the Turks and Caicos. Forty seven (47) Alerts were issued after Dorian achieved hurricane strength. The fifty second (52nd) and final Alert was an ALL Clear for the Northwest and Central Bahamas.

Hurricane Watches and Warnings included in the Alert messages were as follows:

- Four (4) Hurricane Watches were issued for the Norwest Bahamas.
- Thirty six (36) Hurricane Warnings were issued for the Northwest Bahamas.
- The first News Item was issued at noon EDT on Saturday. 24th August, 2019.
- The All Clear was issued for the Northwest Bahamas on Wednesday 24th September."

---

[7] Tropical Cyclone Dorian, August 27th - 04 September 2019, The Bahamas.
Bahamas Department of Meteorology. Mr. J Simmons and Mrs. M. Butler.

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

The BDM report included a list of the number of Hurricane Watches and Warnings issued by BDM for each Bahama island.  It showed Abaco had 4 watches and 36 warnings.  The list was as follows:

| Island | No. of Watches | No. of Warnings |
|--------|----------------|-----------------|
| Abaco | 4 | 36 |
| Grand Bahama | 4 | 36 |
| New Providence | 4 | 20 |
| North Eleuthera | 4 | 20 |
| Berry Islands | 4 | 35 |
| Bimini | 4 | 35 |

BDM reported wind observations did not show the full range of Dorian's speeds over Abaco Island due to instrument failure within one hour of experiencing the effect of the hurricane.  Dorian remained a category 4 and 5 system while over Abaco and Grand Bahama Island.  Speed observations from Treasure Cay for August 30 and 31 were included as a chart in the report and showed maximum speeds of mostly 12 to 14 miles per hour (mph) for the two day period with a single spike to 16 mph late on the 31[th].   The wind reporting stations went offline early on the 1st as speeds increased.   The BDM chart follows:

CHART 3. BDM WIND CHART



12

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

BDM reported storm surges in excess of 20 feet were observed several miles inland on both Abaco and Grand Bahama. Storm surge measurement of 28 feet 3 inches was recorded at the Grand Bahama International Airport.

## 4. NHC FORECASTS FOR THE BAHAMAS AND GREAT ABACO

NHC issues graphical products of the areas forecast to experience hurricane or tropical storm conditions.   The graphics are frequently referred to as the "Cone of Uncertainty" meaning that there is a about a 67 Percent chance that the tropical system will be within the cone over a 3 or 5 day period.  I examined the NHC graphics for Dorian and found advisory #11 issued on Monday the 26th showed a 5 day outlook that Abaco would be within Dorian's cone.  The first 3 day representation was Advisory #19 issued on Wednesday the 28th at 1100 PM AST.  The NHC charts follow.


CHART 4A. NHC 5 DAY CHART #11



### HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

### CHART 4B. NHC 3 DAY CHART #19



NHC also issued graphics showing the "Earliest Reasonable Arrival Time of Tropical Storm Force Wind".  The graphic shows the time period available at individual locations users can assume will be free from tropical-storm-force winds.  NHC states this is the time before which there is no more than a 1-in-10 (10 percent) chance of seeing the onset of sustained tropical-storm-force winds.   NHC advises preparations should ideally be completed by the end of the period for those with a low tolerance of risk.

Advisory 11 issued on Monday the 26th at 11:00 PM AST, showed preparations in the Great Abaco area should be completed by 8:00 AM on Friday the 30th.  The advisory provided for an 81 hour period to take precautions.

14

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

**CHART 5A. NHC ARRIVAL TIME OF TROPICAL STORM FORCE WINDS #11**



Number 20, issued on Thursday the 29th at 5:00 AM AST extended the period to 8:00 AM on Saturday.  The preparation period was 51 hours.

CHART 5B. NHC ARRIVAL TIME OF TROPICAL STORM FORCE WINDS #20



15

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

NHC also provides the product "The Tropical Cyclone Surface Wind Speed Probabilities" (SWSP) in text and graphical formats.  The probabilities provide, in percent, the chances of sustained wind speeds equal to or exceeding 34, 50, and 64-knot wind speed thresholds. Probabilities are given for selected cities and offshore locations such as buoys and released at 0300, 0900, 1500, and 2100 UTC each day.  Grand Bahama Island was one of the locations in the database.

The probabilities are for onset and cumulative probability during 12, 24, 36, 48, 72, 96 or 120 hour periods from the forecast start time.   Start time is 3 hours before release time of each forecast. Two types of probability are provided:

- Onset probabilities (OP) -- the probability of the event beginning during an individual time period after the probabilities are determined.
- Cumulative probability (CP) -- the probability of the event occurring within 12, 24,…120  hours from start of forecast period.

I examined the graphical SWSP of 34 knots to determine when the first instance of an indication of high wind speeds on Abaco Island was released.   SWSP Number 8 valid from 2:00 AM AST on the 26th shows the 120-hour began to overshadow the southern Bahamian waters but not reach Great Abaco Island. Number 9, issued 6 hours later, valid from 1200 UTC or 8:00 AM AST on the 26th shows the 120-hour 5 percent probability of 34 knots over Abaco Island.  Text advisory Number 9 showed the 5 percent OP to occur between 1200 UTC Friday and 1200 UTC Saturday, or 8:00 AM AST August 30 and 8:00 AM August 31.

CHART 6A. NHC SWSP TROPICAL STORM FORCE WINDS #8



**HURRICANE DORIAN: TREASURE CAY, BAHAMAS**

CHART 6B. NHC SWSP TROPICAL STORM FORCE WINDS #9



I found the text version of SWSP Number 20, issued at 0900 UTC Thursday August 29th, was the first to show an OP of 1% for Grand Bahama occurring between 1800Z Fri to 0600Z SAT (1400 AST Friday to 0200 AST Saturday).

Text SWSP Number 22 issued on the 29th at 1800Z ( 29th 1400 AST) showed a 5 percent CP of 34 knot winds within the 48 hours ending 1800Z August 31 or 1400 AST. The 48 hour interval CP value was 10 percent in SWSP Number 23 released 0300Z 30 August. Thereafter CP values increased with the onset occurring closer to the forecast release time.

HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

## 5. WEATHER BETWEEN TREASURE CAY AND CAPE CANAVERAL

The Ocean Prediction Center (OPC) provides surface analysis and forecast maps for the tropical Atlantic[8].  The maps show significant wave heights (SWH[9]), wind directions and speed.  My analysis of the 1200Z analysis maps and 24 hour forecast maps for August 25 to August 31 shows the following conditions in the area between Treasure Cay and Cape Canaveral:

| Date | 1200Z OR 0800 AST ANALYSIS – WAVE HEIGHT FT /WIND SPEED KTS | | CONDITIONS 24 HOURS AFTER ANALYSIS MAPS. 24 HOUR FORECAST MAPS | FORECAST WAVES FEET/ WIND KTS |
|---|---|---|---|---|
| 25 | 2-4/10-15 | | ISSUED 25 FOR 26 = | 3-4/5-10 |
| 26 | 3-5/10-15 | | ISSUED 26 FOR 27 = | 2-3/5-10 |
| 27 | 3-4/5-10 | | ISSUED 27 FOR 28 = | 2-3/5-10 |
| 28 | 2-4/5-10 | | ISSUED 28 FOR 29 = | 3-4/5-10 |
| 29 | 2-3/5-10 | | ISSUED 29 FOR 30 = | 3-6/10-15 |
| 30 | 3-4 /10-15 | | ISSUED 30 FOR 31 = | 3-9/15-30 |
| 31 | 3-9/15-20 | | ISSUED 31 FOR 01 = | 3-12/15-35+ |
| 01 | >12/15-20 | | ISSUED 01 FOR 02 = | HURRICANE |

Analysis of weather reports from buoy 41010[10] located in the ocean area of the Bahamas and Cape Canaveral showed hourly wind speeds and gusts mostly less than 10 to 16 knots between the 25th and 31st and wave heights less than 5 feet.  The following chart shows the hourly wind and wave conditions reported by the buoy.

---

[8] Attachment A
[9] SWH = Average height of the one-third highest waves, about 84% of waves are less than the SWH. The highest wave may be about twice the SWH.
[10] NATIONAL DATA BUOY CENTER: https://www.ndbc.noaa.gov/station_page.php?station=41010

**HURRICANE DORIAN: TREASURE CAY, BAHAMAS**

CHART 7A. NDBC BUOY 41010 AUGUST 25 TO SEPTEMBER 02, 2019



I note the vessel transited to Treasure Cay on July 27, 2019:

INTERROGATORY 15: Please provide the date of the Subject Vessel's voyage to the Bahamas in the summer of 2019 and the names of all persons aboard for that voyage.
RESPONSE: Michael Sean Oakley was on board with Eric Papalini and Jim Passilla on JuIy 27,2019.
INTERROGATORY 16: Approximately how long did the summer 2019 voyage from Cape Marina, Cape Canaveral, Florida to Pink Paradise, Treasure Cay, Bahamas take in terms of time underway and how long of a voyage was it in terms of miles?
RESPONSE: 10 hours / distance 100 miles.

Buoy 41010 reported conditions for the 27th are shown in the following chart and are similar to the August values.

19

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

CHART 7B. NDBC BUOY 41010 JULY 27, 2019



HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

## 6. AIS VESSEL REPORTS OF VESSEL MOVEMENTS

Automated Information System (AIS) data was retrieved from MarineTraffic.com.   The data consisted of AIS reports from yachts-pleasure craft with a length of 120 feet (36.6 meters) or less within the area  bounded by latitudes 25.5°North to 29.0° N and longitudes 80.6°West to 76.3° W.   The period of interest was from August 25 to and including August 31, 2019.   Temporal resolution between reports was 1 hour.  Speeds were also reported in the data.

The search resulted in 62,526 records from AIS-Terrestrial ship positions and AIS-Satellite ship positions.  The following chart shows the position reports.

CHART 8A. AIS REPORTS



**HURRICANE DORIAN: TREASURE CAY, BAHAMAS**

Using the reported speeds, I found 58,459 reports of 0 to 0.2 knots (53,441 reported 0). An inspection of the reports showed 0.2 knot or less occurred with 4th decimal place changes in latitude or longitude and over periods of an hour or more, thus indicating no significant change in position. The following chart shows the greatest density of zero speeds in the harbors of South Florida. There were reports of zero speed in the Bahamas, mostly in the near Florida Cays and Great Abaco Island.

CHART 8B. REPORTS OF ZERO SPEED



**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

There were 4,067 reports of speeds greater than 0.2 knot.  These are shown in Chart 8C. These show the traffic along the Florida Coast, in Northeast Providence Channel and the waters of the Bahamas.

CHART 8C. NON ZERO SPEED REPORTS (>0.2 KNOT)



23

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

Reports from the first day's data, the 25th, show some vessels in Great Abaco and the shallow waters of the Bahama Bank.  There was also traffic in the Florida Channel.

CHART 8D. AIS REPORTS FROM THE 25TH



Reports from all vessels on the 31st indicate fewer vessels in Great Abaco and less traffic in the Florida Channel.

8E. AIS REPORTS FROM AUGUST 31ST.



## HURRICANE DORIAN: TREASURE CAY, BAHAMAS

Voyage data for vessels crossing to/from the Bahamas was sorted into three areas for analysis purposes. Vessels departing from Abaco Islands/Grand Bahama were sorted into Area 1. Area 2 covered the southern border of Northeast Providence Channel and Area 3 the offshore Florida coastline and Florida Strait. Chart 9A shows the three zones within the AIS data area.

CHART 9A. ANALYSIS AREAS FOR VESSEL MOVEMENTS



**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

AREA 1:  Charts 9A, B, and C show details on the vessels' tracks occurring between August 25th and 31st. The symbol ⬤ denotes the first position on the track and △ the last position.  Each track is identified by an identifying number and each vessel by its MMSI number.

CHART 9A. AREA 1 TRACKS



CHART 9B.  ZOOM-IN OF THE TREASURE CAY AREA.



**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

CHART 9C. POSITIONS, MMSI NUMBERS AND DATES OF MOVEMENTS.

| IDENTIFIER | LATITUDE | LONGITUDE | MMSI AND DATES |
|---|---|---|---|
| 1 | 26.47404 | -78.68263 | 319008700 - start=25 |
| 1 | 26.7553 | -79.95361 | 319008700 - end =25 |
| 2 | 26.53757 | -76.96156 | 338069667 - start=25 |
| 2 | 25.65904 | -79.96854 | 338069667 - end =30 |
| 3 | 26.54896 | -76.9743 | 338099538 - start=30 |
| 3 | 26.54343 | -76.96159 | 338099538 - end =30 |
| 4 | 26.51731 | -78.63701 | 338103303 - start=29 |
| 4 | 26.51736 | -78.63696 | 338103303 - end =31 |
| 5 | 26.68515 | -77.14678 | 338109332 - start=25 |
| 5 | 25.93254 | -79.9476 | 338109332 - end =29 |
| 6 | 26.51464 | -76.97282 | 338116888 - start=28 |
| 6 | 26.52468 | -76.97713 | 338116888 - end =29 |
| 7 | 26.68557 | -77.14512 | 338181413 - start=25 |
| 7 | 26.68558 | -77.14513 | 338181413 - end =25 |
| 8 | 26.52085 | -76.9744 | 338224438 - start=27 |
| 8 | 26.52086 | -76.9744 | 338224438 - end =27 |
| 9 | 26.42288 | -78.70672 | 338227568 - start=29 |
| 9 | 25.71673 | -79.30105 | 338227568 - end =30 |
| 10 | 26.55526 | -77.02626 | 338230547 - start=25 |
| 10 | 25.82468 | -77.1632 | 338230547 - end =30 |
| 11 | 26.68667 | -77.14693 | 338236056 - start=25 |
| 11 | 26.13264 | -79.6928 | 338236056 - end =30 |
| 12 | 26.5946 | -77.00619 | 338313256 - start=25 |
| 12 | 27.13184 | -79.29588 | 338313256 - end =30 |
| 13 | 25.96347 | -78.27373 | 339685000 - start=28 |
| 13 | 26.10429 | -79.97617 | 339685000 - end =28 |
| 14 | 25.98077 | -78.51908 | 366818810 - start=30 |
| 14 | 27.65111 | -79.68922 | 366818810 - end =31 |
| 15 | 26.5469 | -77.05384 | 366916250 - start=25 |
| 15 | 26.19465 | -79.90616 | 366916250 - end =26 |
| 16 | 26.58834 | -76.99955 | 367684930 - start=25 |
| 16 | 26.58817 | -76.99982 | 367684930 - end =31 |
| 17 | 26.67343 | -77.28177 | 367730780 - start=26 |
| 17 | 26.55059 | -76.91541 | 367730780 - end =29 |
| 18 | 26.7816 | -77.337 | 367780130 - start=25 |
| 18 | 27.12038 | -79.9568 | 367780130 - end =26 |
| 19 | 26.72561 | -78.89976 | 368009910 - start=26 |
| 19 | 26.29071 | -79.25253 | 368009910 - end =26 |
| 20 | 26.55076 | -77.05567 | 368087860 - start=26 |
| 20 | 26.26184 | -79.87243 | 368087860 - end =27 |
| 21 | 26.54482 | -77.04629 | 378112838 - start=25 |
| 21 | 26.36325 | -76.89323 | 378112838 - end =29 |

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

AREA 2:  Movements in this area are shown in Chart 10A below.  Chart 10B is a list of the vessel movements.

## CHART 10A. AREA 2 TRACKS



## CHART 10B. AREA 2 TRACK IDENTIFIERS

| IDENTIFIER | LATITUDE | LONGITUDE | MMSI AND DATES |
|---|---|---|---|
| 1 | 25.75278 | -79.27645 | 319109000 - START=25 |
| 1 | 25.81187 | -79.89803 | 319109000 - END =25 |
| 2 | 25.75171 | -79.27707 | 319111500 - START=25 |
| 2 | 26.73998 | -79.99724 | 319111500 - END =25 |
| 3 | 25.75153 | -79.27706 | 319481000 - START=25 |
| 3 | 26.57041 | -79.87978 | 319481000 - END =25 |
| 4 | 25.78579 | -79.18404 | 338109485 - START=28 |
| 4 | 26.06366 | -79.97097 | 338109485 - END =28 |
| 5 | 25.58469 | -79.29389 | 338140925 - START=26 |
| 5 | 25.81238 | -79.88743 | 338140925 - END =26 |
| 6 | 25.81409 | -79.10848 | 338167908 - START=28 |
| 6 | 25.96691 | -79.82084 | 338167908 - END =29 |
| 7 | 25.75163 | -79.27866 | 338229165 - START=25 |
| 7 | 25.7048 | -79.38267 | 338229165 - END =26 |
| 8 | 25.82529 | -79.08047 | 338239077 - START=27 |
| 8 | 26.09361 | -79.669 | 338239077 - END =27 |
| 9 | 25.7259 | -79.29523 | 338250258 - START=25 |
| 9 | 25.83207 | -79.79063 | 338250258 - END =25 |
| 10 | 25.71823 | -79.30904 | 338326249 - START=26 |
| 10 | 25.71279 | -79.31212 | 338326249 - END =29 |
| 11 | 25.74708 | -77.85874 | 338328803 - START=25 |
| 11 | 25.74713 | -77.85886 | 338328803 - END =31 |

## HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

| | | | |
|---|---|---|---|
| 12 | 25.63745 | -77.5925 | 339328000 - START=29 |
| 12 | 26.1158 | -79.82869 | 339328000 - END =29 |
| 13 | 25.79452 | -79.12689 | 339478000 - START=25 |
| 13 | 26.02942 | -79.84798 | 339478000 - END =25 |
| 14 | 25.5534 | -79.27744 | 367739720 - START=25 |
| 14 | 26.03798 | -79.99636 | 367739720 - END =25 |
| 15 | 25.55386 | -79.27814 | 367741560 - START=25 |
| 15 | 26.56445 | -79.91998 | 367741560 - END =26 |
| 16 | 25.65315 | -78.57294 | 367999770 - START=26 |
| 16 | 26.19823 | -79.96326 | 367999770 - END =27 |
| 17 | 25.80693 | -79.23835 | 368043460 - START=29 |
| 17 | 25.71062 | -79.29916 | 368043460 - END =30 |
| 18 | 25.83517 | -79.16837 | 377189000 - START=26 |
| 18 | 26.06518 | -79.98159 | 377189000 - END =26 |
| 19 | 25.50007 | -78.4816 | 378111942 - START=28 |
| 19 | 25.98705 | -79.90324 | 378111942 - END =28 |
| 20 | 25.75308 | -79.27691 | 378111979 - START=25 |
| 20 | 25.72085 | -79.47073 | 378111979 - END =26 |
| 21 | 25.75278 | -79.27645 | 319109000 - START=25 |
| 21 | 25.81187 | -79.89803 | 319109000 - END =25 |
| 22 | 25.75171 | -79.27707 | 319111500 - START=25 |
| 22 | 26.73998 | -79.99724 | 319111500 - END =25 |
| 23 | 25.75153 | -79.27706 | 319481000 - START=25 |
| 23 | 26.57041 | -79.87978 | 319481000 - END =25 |

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

AREA 3: Movements are shown in Charts 11A and B. Vessels in this area moved mostly north/south.

## CHART 11A. TRACKS IN AREA 3



## CHART 11B. AREA 3 TRACK IDENTIFIERS

| IDENTIFIER | LATITUDE | LONGITUDE | MMSI AND DATES |
|---|---|---|---|
| 1 | 26.7244 | -79.9967 | 232022544 - start=27 |
| 1 | 26.5566 | -79.9807 | 232022544 - end =27 |
| 2 | 27.1378 | -79.9883 | 235086348 - start=31 |
| 2 | 26.3153 | -79.8358 | 235086348 - end =31 |
| 3 | 26.9947 | -79.9392 | 314096000 - start=31 |
| 3 | 25.7996 | -79.9819 | 314096000 - end =31 |
| 4 | 26.0836 | -79.7297 | 319072500 - start=27 |
| 4 | 26.107 | -79.8043 | 319072500 - end =27 |
| 5 | 26.7103 | -79.9889 | 319086100 - start=27 |
| 5 | 25.7808 | -79.8669 | 319086100 - end =30 |
| 6 | 26.0593 | -79.7854 | 319154400 - start=30 |
| 6 | 26.0649 | -79.8993 | 319154400 - end =30 |
| 7 | 25.9694 | -79.8398 | 319880000 - start=26 |

## HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

| 7 | 26.039 | -79.9548 | 319880000 - end =29 |
|---|---|---|---|
| 8 | 27.4831 | -79.9459 | 319993000 - start=30 |
| 8 | 27.7791 | -79.9057 | 319993000 - end =30 |
| 9 | 25.6941 | -79.9282 | 338144164 - start=25 |
| 9 | 25.9254 | -79.9062 | 338144164 - end =25 |
| 10 | 26.7327 | -79.9795 | 338169876 - start=27 |
| 10 | 26.7393 | -79.9874 | 338169876 - end =27 |
| 11 | 26.7107 | -79.9526 | 338170225 - start=27 |
| 11 | 26.7337 | -79.9807 | 338170225 - end =27 |
| 12 | 26.0093 | -79.9347 | 338227018 - start=29 |
| 12 | 25.7011 | -79.3195 | 338227018 - end =30 |
| 13 | 26.0614 | -79.9288 | 338237103 - start=25 |
| 13 | 26.0001 | -79.958 | 338237103 - end =28 |
| 14 | 25.6718 | -79.8602 | 338321392 - start=29 |
| 14 | 25.68 | -79.8597 | 338321392 - end =29 |
| 15 | 26.9377 | -79.9563 | 338338998 - start=29 |
| 15 | 26.6215 | -79.9598 | 338338998 - end =29 |
| 16 | 26.2064 | -79.997 | 366896180 - start=26 |
| 16 | 26.1956 | -79.7659 | 366896180 - end =26 |
| 17 | 26.022 | -79.8245 | 367749930 - start=30 |
| 17 | 26.031 | -79.8575 | 367749930 - end =30 |
| 18 | 26.0411 | -79.9754 | 368003080 - start=27 |
| 18 | 26.154 | -79.9248 | 368003080 - end =28 |
| 19 | 26.6055 | -79.921 | 368008750 - start=25 |
| 19 | 26.3046 | -79.2773 | 368008750 - end =25 |
| 20 | 26.0485 | -79.9307 | 368039190 - start=25 |
| 20 | 26.0278 | -79.8998 | 368039190 - end =25 |
| 21 | 26.2495 | -79.9656 | 375314000 - start=26 |
| 21 | 26.2598 | -79.9746 | 375314000 - end =27 |
| 22 | 26.8612 | -79.9691 | 378111524 - start=28 |
| 22 | 26.7747 | -79.963 | 378111524 - end =28 |
| 23 | 25.9694 | -79.8398 | 319880000 - start=26 |
| 23 | 26.039 | -79.9548 | 319880000 - end =29 |

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

Movements within the three areas are shown in Chart 12.

CHART 12. TRACKS FROM THE THREE AREAS



**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

Movements were also analyzed in the area near Cape Canaveral, Florida.  The area between latitudes 29.0° to 27.8° North and longitudes 80.6° to 76.3 West were searched for AIS reports.  There were 586 reports found in the area.  The number of reports of zero speed (<=0.2 kt) was 504.  Charts 13 A, B, and C show the results.

CHART 13A.  REPORTS IN AREA NEAR CAPE CANAVERAL

**HURRICANE DORIAN: TREASURE CAY, BAHAMAS**

CHART 13B. TRACKS IN AREA NEAR CAPE CANAVERAL.



**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

In Chart 13C, single reports at sea are shown with the date of the report.   Some of vessels, such as identifier 2, passed into Area 3 proceeding south toward the Miami area.  The data showed the vessels moving mostly north/south similar to Area 3 findings.

CHARTS 13C.  IDENTIFIERS FOR TRACKS NEAR CAPE CANAVERAL

| NAME | LATITUDE | LONGITUDE | MMSI / DATES |
|---|---|---|---|
| 1 | 28.49399 | -80.38602 | 235086348 - START 30 |
| 1 | 27.50637 | -80.10114 | 235086348 - END 31 |
| 2 | 28.7878 | -80.57616 | 314096000 - START 31 |
| 2 | 27.70901 | -80.21542 | 314096000 - END 31 |
| 3 | 27.7791 | -79.90571 | 319993000 - START 30 |
| 4 | 28.58557 | -80.14075 | 338039656 - START 26 |
| 5 | 27.58075 | -80.33825 | 338119579 - START 29 |
| 5 | 27.64361 | -80.37186 | 338119579 - END 29 |
| 6 | 28.2553 | -80.50043 | 338183967 - START 29 |
| 6 | 28.46954 | -80.44233 | 338183967 - END 29 |
| 7 | 27.62953 | -80.35975 | 338201787 - START 29 |
| 8 | 27.65443 | -80.37144 | 338206496 - START 27 |
| 9 | 28.40941 | -80.59388 | 338227807 - START 29 |
| 9 | 27.64187 | -80.32854 | 338227807 - END 29 |
| 10 | 27.51601 | -80.33035 | 338242564 - START 27 |
| 11 | 27.58316 | -80.35381 | 338247765 - START 29 |
| 12 | 28.46748 | -80.4338 | 338330025 - START 26 |
| 13 | 27.60087 | -80.24062 | 338330584 - START 27 |
| 13 | 28.2505 | -80.39328 | 338330584 - END 27 |
| 14 | 28.40959 | -80.39909 | 338338987 - START 29 |
| 14 | 27.57437 | -80.19931 | 338338987 - END 30 |
| 15 | 28.45981 | -80.37381 | 338338998 - START 28 |
| 15 | 27.53996 | -80.15881 | 338338998 - END 29 |
| 16 | 27.6185 | -80.1248 | 366762070 - START 28 |
| 17 | 27.65111 | -79.68922 | 366818810 - START 31 |
| 18 | 28.57732 | -80.55031 | 367377860 - START 29 |
| 18 | 27.65259 | -80.26298 | 367377860 - END 29 |
| 19 | 27.56132 | -80.34871 | 367393480 - START 25 |
| 20 | 27.50105 | -80.09113 | 367571070 - START 28 |
| 21 | 28.40978 | -80.59754 | 367573220 - START 30 |
| 21 | 27.58541 | -80.2104 | 367573220 - END 31 |
| 22 | 27.64533 | -80.36597 | 367583030 - START 29 |
| 22 | 27.57682 | -80.35294 | 367583030 - END 29 |
| 23 | 27.58229 | -80.34428 | 367600470 - START 28 |
| 24 | 27.6528 | -80.37419 | 367610670 - START 27 |
| 25 | 27.58232 | -80.34172 | 367705120 - START 28 |
| 25 | 27.58216 | -80.34993 | 367705120 - END 30 |
| 26 | 28.52749 | -80.47952 | 367758810 - START 31 |

## HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

| | | | |
|---|---|---|---|
| 26 | 27.61197 | -80.22216 | 367758810 - END 31 |
| 27 | 27.5737 | -80.35265 | 367781980 - START 27 |
| 27 | 28.08453 | -80.59172 | 367781980 - END 28 |
| 28 | 27.64709 | -80.37216 | 368025970 - START 25 |
| 28 | 27.65286 | -80.3742 | 368025970 - END 25 |
| 29 | 28.3291 | -80.42463 | 368028040 - START 29 |
| 29 | 27.6597 | -80.15282 | 368077740 - START 25 |
| 30 | 28.07767 | -80.58808 | 368106690 - START 28 |
| 30 | 28.08366 | -80.59132 | 368106690 - END 28 |
| 31 | 27.63487 | -80.36265 | 378001159 - START 27 |
| 31 | 27.58522 | -80.35433 | 378001159 - END 30 |

## 7. SUMMARY

Based on my analysis and research, and to a reasonable degree of meteorological certainty, it is my opinion that:

- Dorian initially formed as a tropical depression on August 24th at 0600Z in the tropical Atlantic when about 2,000 nm southeast from Treasure Cay.

- Dorian was labelled a tropical storm on the 24th at 1800Z (2:00 P.M. AST)

- Dorian became a hurricane on the 27th at 1530Z  or 1130 AST.  It was about 1,150 n.m. from Treasure Cay at that time.

- Dorian was labelled a category 4 hurricane on August 30 and category 5 on September 1. Dorian made landfall on Abaco Island on September 1st as the strongest hurricane to hit the northwestern Bahamas in modern records.

- Dorian's trajectory toward the Abaco was first indicated in the 5 day warning cone issued on August 26 at 1500Z (11:00 A.M. AST).   NHC indicated the cone over Abaco Island on Saturday at 8:00 A.M. with Dorian at tropical storm strength.

- Dorian's first 3 day warning cone extending over Abaco was issued on the 28th  at 1100 AST indicating a forecast for the hurricane to be in the area on Saturday the 31st at 8:00 P.M. AST  as a major hurricane (category 3 and above).

- Wind speeds at Treasure Cay airport were less than 18 knots on August 30 and 31. Anemometers on Abaco Island failed from Dorian's winds on September 1st.

- Analyses and forecasts for the waters between Treasure Cay and Cape Canaveral showed significant wave heights of 3 to 4 feet or less with wind speeds less than 10 to 15 knots from the 25th until the morning of the 30th.  Tropical Storm Erin at the time was north of 30°N latitude.

## HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

- NHC's earliest reasonable time of arrival of tropical storm force winds as shown in NHC Advisory 11 issued on Sunday the 25th at 11:00 PM AST,  showed preparations in the Great Abaco area should be completed by 8:00 AM on Friday the 30th.  This was an 81 hour period for taking precautions.  Number 20, issued on Thursday the 29th at 5:00 AM AST extended the period to 8:00 AM on Saturday.  This preparation period was 51 hours.

- Weather conditions, both forecast and actual, allowed for a 10 hour 200+ mile voyage from Treasure Cay to Cape Canaveral if departure occurred after Dorian formed on August 24 and before late on the 30th. Conditions during this period were similar to those on July 27, unlike the wave heights and wind speeds observed and forecast for on the 31st, 1st and 2nd.

- AIS data shows numerous vessels evacuating the Bahamas and moving across to Florida in the days before Dorian's landfall in Great Abaco Island.   Departures from the Bahamas during this period reduced the danger Dorian posed to vessels in the vicinity of Great Abaco Island.

- I note Serendipity at Sea, LLC makes the following allegation in its Third Amended Complaint: "31. On or about August 30, 2019, while the subject vessel was at its dock in the Bahamas, it suffered major damage due to a previously unpredicted Hurricane Dorian. The subject Vessel had arrived in the Bahamas over a month before Hurricane Dorian hit the Bahamas; which in fact was not then predicted to hit the Bahamas, and actually predicted to hit Cape Canaveral where the subject vessel was normally moored. (Exhibit 9 Weather Reports attached hereto)"

- This allegation is not supported by the BDM, OPC and NHC watches, warnings, analyses and forecasts reviewed as follows:

  o First, on July 27, when the subject vessel arrived in the Bahamas, the tropical depression that ultimately became Dorian had not formed.   This did not occur until August 24. Forecast science does not provide for month-before hurricane formation.

  o The analyses and forecasts reviewed show that Dorian was predicted to pass over the Northwest Bahamas and Great Abaco Island before any forecast landfall on the Florida coast in the vicinity of Cape Canaveral.   There was no forecast track for Dorian that showed it impacting the Cape Canaveral area, without first passing adjacent to the location of the Serendipity in Treasure Cay.

  o The first danger to the yacht was always Dorian's approach to Treasure Cay.  Any statement made that Dorian would make landfall in Cape Canaveral, without first impacting the vicinity of Treasure Cay is not supported by the meteorological evidence.

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

o   Finally, any statement that Dorian was unpredicted for the Bahamas is also not supported by the meteorological evidence.

If additional or new information, data, or analyses become available for review at a later time, or if requested to perform supplemental or additional analyses pertaining to the matter at hand, the findings, facts, conclusions and opinions presented herein may be subject to amplification and supplementation.

Very truly yours,

Austin L. Dooley, Ph.D
For Dooley SeaWeather Analysis, Inc.

38

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

# BIBLIOGRAPHY

| | |
|---|---|
| 1 | Bahamas Department of Meteorology Report on Hurricane Dorian |
| 2 | Documents from attorney including photographs, surveyor's reports, insurance company correspondence and interrogatory responses. |
| 3 | Google Earth satellite imagery |
| 4 | Hurricane Dorian Report and Hurricane Erin Report by National Hurricane Center |
| 5 | Hurricane Research Division FAQ : Hurricanes, Typhoons, And Tropical Cyclones, Atlantic Oceanographic and Meteorological Laboratory, Miami Florida. Webpage |
| 6 | Hurricanes Dorian and Erin Archive of Text Messages and Graphics, NHC, Miami, Florida. (http://www.nhc.noaa.gov/archive) |
| 7 | MarineTraffic.com AIS reports |
| 8 | National Centers for Environmental Information (NCEI) archive of surface weather maps from the Ocean Predition Center (OPC) and the Tropical Analysis and Forecast Branch (TAFB) |
| 9 | National Data Buoy Center,  Stennis Space Center, MS 39529  http://www.ndbc.noaa.gov/ |
| 10 | National Hurricane Center Glossary of Terms, Miami, Florida (http://www.nhc.noaa.gov) |
| 11 | National Hurricane Center, Saffir-Simpson Hurricane Wind Scale, Miami, Florida. http://www.nhc.noaa.gov/aboutsshws.php |
| 12 | Third Amended Complaint and Exhibit 9 Weather Reports |

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

### AUSTIN L. DOOLEY, PH.D., 76 EARLEY STREET, CITY ISLAND, NY 10464

**EDUCATION**

10/1978  New York University:  Ph.D. Physical Oceanography. Advisor: Dr. Willard J. Pierson
6/1973-9/1971  New York University:   M.S. Physical Oceanography. Advisor: Dr. Gerhard Neumann;
Member:  Meteorology Honor Society, Chi Epsilon Pi.
6/1968-9/1964  NY Maritime: B.S. Meteorology and  Oceanography (M&O)
Academic Graduation Award: Outstanding  Ability in Meteorology and  Oceanography.

**PROFESSIONAL CAREER**

Date-2/1995  President, Dooley SeaWeather Analysis, Inc. Vessel Performance Analysis, Consulting
and Research services in the fields of Meteorology, Oceanography and Marine Operations for ship
owners, charterers, insurance firms and law firms. M&O training for merchant ship officers, U.S. Navy,
NOAA Commission Corps, Indonesian Maritime Academy, and public continuing education. 7/99:
invited member: University Corporation for Atmospheric Research Visiting Scientists Review Team for
Marine Prediction Center, National Center of Environmental Prediction, Washington, D.C.

Date-4/1992 Maritime Arbitrator - Party appointed Arbitrator, Sole Arbitrator, Mediator or Chair on
more than 100 commercial charter party arbitration disputes.  60+ published and reasoned awards
dealing with such commercial shipping matters as demurrage, deadfreight, salvage, shipyard costs, and
speed performance.  Awards published by Society of Maritime Arbitrators (SMA), New York, NY.
Past President of SMA, Board of Governors/Treasurer.

Date-6/1997 College Professor: Adjunct Associate Professor of Meteorology (6/12-3/99), U.S. Merchant
Marine Academy; Lecturer in  Meteorology  and  Oceanography(Date-6/97), Purchase College,
S.U.N.Y., Purchase NY; Adjunct Associate Professor of Oceanography Pace University (Fall 99),
Pleasantville, NY.

2/1995-10/1979 General Manager, Marine Scientist, Account Manager, Oceanroutes, Inc.: Applications
and development of meteorological and oceanographic services. P&L responsibility for East Coast
United States and Canada weather routing business.  Developed and moderated series of International
Seminars on law and shipping in London, Hamburg, San Francisco, New York, and Hong Kong.  Expert
Witness and Consultation Services to shipping companies and law firms in weather sensitive projects
and legal disputes.

9/1993-10/1991 Commanding Officer, Naval Reserve Naval Control of Shipping Office 0102,
N&MCRRC, Floyd Bennett Field, Brooklyn, NY

9/1991-10/1989 Commanding Officer, Naval Reserve Merchant Marine Reserve Operational Command
Headquarters 0102, N&MCRC, Fort Schuyler, Bronx, NY.  Navy Commendation Medal.

12/1990-9/1988 Maritime College: Adjunct Associate Professor of Meteorology and Oceanography.

12/1980-5/1979 Maritime College: Chair Depart. of Marine Trans. & Associate Professor of  M&O
(Tenured). Managed undergraduate  and graduate programs including staffing, curriculum planning and
budgeting. Senior Deck Training Officer: TS Empire  State. Managed at sea training program for over
360 Cadets.
5/1979-6/1973  Maritime College, NY: Assistant Professor and Instructor of M&O ashore/afloat; Bridge
Watch Officer and Instructor of Nautical Science; Merchant Marine Officer at sea.

HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

9/1971-6/1968   Merchant Marine: Second/Third Mate on chemical and oil tankers, dry cargo ships, container ships, and research vessel.

**U.S. Merchant Marine Officer Licenses (1968-2009)**:  Third Mate, Second Mate, Chief Mate Unlimited Tons; Master Ocean Steam or Motor Vessels 1600 GT;

**Member**: American Meteorological Society; NY Society of Maritime Arbitrators; Marine Society of NY; Connecticut Maritime Association; Maritime Law Association of the United States (Non-lawyer member).

**Military**: Captain, United States Naval Reserve – Retired

## PUBLICATIONS AND PRESENTATIONS:

1.  1977 - "History of Marine Weather Observations", presented at the Marine Weather Conference  in Manhattan.  The conference involved industry, government  and academia  in discussing marine weather  problems  and  merchant shipping.

2.   1980 - "Weather Routing of Ships" paper presented before the SNAME Fuel Conservation Symposium in Manhattan.

3.  1981 - "Weather  and Ship Performance Factors in Speed  and Consumption   Arbitrations" paper presented before   the   Vth International Congress of Maritime Arbitrators in Manhattan.

4.  1981  - "Variations in Fuel Consumption Due to At Sea Weather Factors", presented before the ISOSO Conference in New York City.

5.  1982  - "Merits of Weather Routing in the   Fuel   Conservation Quest"  paper  published in the Seatrade  Magazine  Fuel  Economy report.

6.  1983   - "The Use of  Weather  Analysis in  Awarding  and Calculating  Speed  Claims" paper presented before  the   VIth International Congress of Maritime Arbitrators in Monte Carlo.

7.  1984  - Chairman and Editor of seminar proceedings  "Everyday Problems  in  the  Time  Chartered Vessel  Management"  held  in Tarrytown, NY.

8. 1985 - "Oceanrouting and Applied Oceanography" paper published by   the   Marine  Technology Society  in  Journal  on   Applied Oceanography.

9.   1986 - Chairman  and  Editor  of  seminar  proceedings   "To Arbitrate or Negotiate Maritime Disputes...European and  American Points of View" held in Hamburg, W. Germany.

10.  1987 - "Expert Witness in Arbitrations" paper published  by  the  VIIth  International  Congress of Maritime  Arbitrators  in Madrid Spain.
11.   1988 - Chairman and Editor of seminar proceedings "Practical Solutions to Chartered Vessel Claims,  Disputes,  and Arbitration Problems for Owners and Charterers" held in London, England.

12.   1989 - "A Third Party View of Fuel Consumption Disputes and Claims"  paper presented  at  the IXth  International  Congress of  Maritime Arbitrators; Hamburg, Germany.

### HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

13.  1990 - Chairman and Editor of seminar proceedings for Oceanroutes' Sixth International Arbitration Seminar for Owners and Charterers; London, England.  Seminar title: Understanding and Resolving Claims, Disputes and Maritime Arbitrations for Owners and Charterers ...Today and Into The 1990'S.

14.  1991 - Presentation before the Society of Maritime Arbitrators entitled: "NY Maritime Arbitration - A Weather Report."; New York, NY.

15.  1992 - Presentation before the American Marine Insurance Forum entitled "Commercial Weather Services for the Maritime Industry"; New York, NY.

16.  1993 - Chairman and Moderator:  Oceanroutes' Seventh International Arbitration Seminar for Owners and Charterers; "Chartered Vessel Operations, Disputes and Arbitration; Practical Solutions for Owners & Charterers", Hong Kong.

17.  1994 - "Geographic Deviation: A New York Perspective", XIIth International Congress of Maritime Arbitrators, Hong Kong

18.   1994 - "Consequences of Geographic Deviation in Vessel Operations and Management", Transportation Management Conference, SUNY Maritime College, NY, NY. May 1994

19.   1995 - "FUNDAMENTAL PROCESSES, PROTOCOL AND PROCEDURES OF OIL AND EMERGENCY SPILL RESPONSE", Transportation Management Conference, SUNY Maritime College, NY, NY.  May 1995

20.   1996 - Presentation before Society of Maritime Arbitrators entitled: "M/V WHITE MANTA - MASTER'S REQUIREMENTS FOR FOLLOWING WEATHER ROUTING RECOMMENDATIONS",  New York, NY.

21. 1996 - "THE ROUTE DECISION -- HOW MUCH LONGER WILL IT REMAIN SOLELY THE MASTER'S?"  Paper published by the International Congress of Maritime Arbitrators, Paris June 1996.

22. 1997 - " INTERPRETATION AND APPLICATION OF METEOROLOGICAL INFORMATION FOR THE LICENSED MARINER" - Industry  Continuing Education Training Course offered to Licensed Masters and Chief Officers of Keystone Shipping Company.

23. 1997 - Moderator and Co-Chairman "CHARTER PARTY PROBLEMS AND PROFITABLE SOLUTIONS" - Industry Seminar presented by the Chartering and Shipping Institute, New York, NY.

24. 1998 - Moderator: "Viva La Difference: Dispute Resolution by Arbitration: A Seminar Presented by the Society Of Maritime Arbitrators, Inc. and the Maritime Law association of the United States." New York, NY.

25 - . 1999 - "BOATERS' WEATHER WORKSHOP" Public Continuing Education Training Program with workbook  on weather dangers and safety practices offered to small boat owners. SUNY Purchase College

HURRICANE DORIAN:  TREASURE CAY, BAHAMAS

26. 2000 - " INTERPRETATION AND APPLICATION OF METEOROLOGICAL INFORMATION FOR THE LICENSED MARINER  2nd EDITION" - Industry  Continuing Education Training Course offered to Licensed Masters and Chief Officers of Keystone Shipping Company.

27. 2000 - "1999 University Corporation for Atmospheric Research (UCAR) Review Panel Report on the Marine Prediction Center",  March 2000. R. L. Elsberry (Chair), M. Carr, A. Dooley, C. Nelson, C. Wash, Boulder, Colorado.

28. 2001 – "TODAY'S SPEED CLAIMS – TOO FAST OR TOO SLOW?",   *The Maritime Advocate*, Fall 2001, Issue 16.  London, UK.

29. 2001 - "CONSEQUENTIAL DAMAGE AND LOSS PROFITS IN NEW YORK MARITIME ARBITRATIONS", Paper presented and published by the 14th International Congress of Maritime Arbitrators, New York, NY.

30. 2002 - Panel Moderator, Author and Lecturer: "An Application of the New York Society of Maritime Arbitrator's Rules In a case Related to Shipping Issues Before an Arbitration Panel. A Mock Arbitration "  Panama Maritime VIth World Conference And Exhibition, Panama City, Republic of Panama, February 2002.

31. 2005 – "Speed Claims to Rogue Waves:  Weather Related Issues in Arbitration and Court." Presentation to
shipping and insurance company representatives at DeOrchis and Partners, June 2005

32. 2006 -- "Speed Claim Disputes in New York  Maritime Arbitration",  Paper presented at the Global Business and Transportation Department Seminar , February 2, 2006, Maritime College, Bronx, NY

33.   2007 -- "More on Ocean Rogues", Fort Schuyler Mariner Magazine, March 2007.

34.   2010 - "MARITIME ARBITRATION" Global Business and Transportation Department Seminar, February 2, 2010, Maritime College, Bronx, NY.

35.   2013 – "MARITIME ARBITRATION IN NY" Fort Schuyler Mariner, November.

36. 2018- "BOMB CYCLONES, POLAR VORTICES AND HURRICANES – BACK TO THE FUTURE?" Presentation before the Marine Society of New York

37. 2018 – "WEATHER ROUTING" Presentation at Vanuatu Maritime Services Ltd. Safety Seminar, NY, NY.

**HURRICANE DORIAN:  TREASURE CAY, BAHAMAS**

**LIST OF EXPERT WITNESS COURT TESTIMONY (CT), ARBITRATION TESTIMONY OR DEPOSITIONS (D) FOR PREVIOUS FIVE YEARS:**

| CASE/VESSEL NAME | COURT | YEAR |
|---|---|---|
| ARE-EAST RIVER SCIENCE PARK v. LEXINGTON INS (D) | UNITED STATES DISTRICT COURT LOS ANGELES, CA | 2014 |
| LORD & TAYLOR LLC, vs. ZIM SHIPPING SERVICES (D) | UNITED STATES D. COURT SOUTHERN DISTRICT OF NY | 2014 |
| ARE-EAST RIVER SCIENCE PARK v. LEXINGTON INS (CT) | UNITED STATES DISTRICT COURT LOS ANGELES, CA | 2014 |
| TGI OFFICE AUTOMATION v. NATIONAL ELECTRONIC TRANSIT CORPORATION (D) | UNITED STATES D. COURT EASTERN DISTRICT OF NY | 2014 |
| LORD & TAYLOR LLC, vs. ZIM INTEGRATED SHIPPING SERVICES, (CT) | UNITED STATES D. COURT SOUTHERN DISTRICT OF NY | 2014 |
| NATIONAL RAILROAD PASSENGER CORPORATION v. ARCH SPECIALTY INSURANCE COMPANY, ET. AL (D) | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | 2015 |
| NORTHROP GRUMMAN CORP. v. AON RISK INSURANCE SERVICES WEST, (D) | LOS ANGELES SUPERIOR COURT, LOS ANGELES, CA | 2015 |
| TGI OFFICE AUTOMATION v. NATIONAL ELECTRONIC TRANSIT CORPORATION (CT) | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK | 2015 |
| WALKER COFFEE TRADING LP, vs. PORT NEWARK CONTAINER TERMINAL & PORTS AMERICA (D) | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | 2015 |
| FRONTLINE COLLECTIBLES, INC. v. SIMPLY LOGISTICS, INC., ATLANTIC CENTRAL LOGISTICS (CT) | SUPERIOR COURT OF NJ, ELIZABETH, NJ | 2016 |
| NATIONAL UNION FIRE INSURANCE OF PITTSBURGH v GARPO MARINE SERVICES (D) | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK | 2016 |
| PARISH OF ST. BERNARD v. LAFARGE NORTH AMERICA INC.,(D) | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA | 2016 |
| ATLANTIC SPECIALTY INS. CO v COASTAL ENVIRONMENTAL GROUP AND STERLING EQUIPMENT, INC.  (D AND CT) | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK | 2017 |
| CARPE DIEM 1969, LLC AND EAST END WATERSPORTS, LTD. v. SUSAN GRAHAM  (D) | DISTRICT COURT OF THE VIRGINS ISLANDS DIVISION OF ST. THOMAS AND ST. JOHN | 2019 |