UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60520-RAR

**SERENDIPITY AT SEA, LLC,**

    Plaintiff,

v.

**UNDERWRITERS AT LLOYD'S OF
LONDON SUBSCRIBING TO POLICY
NUMBER 187581,**

    Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT AND
RECOMMENDATION AND DENYING PETITION**

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 103] ("Report"), entered on February 5, 2021. The Report recommends that the Court deny Defendant's Motion for Summary Judgment [ECF No 75] as well as Plaintiff's Motion for Summary Judgment [ECF No. 81] (collectively, the "Motions"). Both parties timely filed objections to the Report on February 19, 2021 [ECF Nos. 106, 107] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because the parties timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Strauss's legal and factual findings. Having carefully reviewed the Motions, the Report, the Objections, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 103] is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion for Summary Judgment [ECF No. 75] is **DENIED** for the reasons set forth in the Report.   Because Defendant did not address in its Motion for Summary Judgment the issue of whether Plaintiff's breach of the Captain Warranty "increased the hazard within the control of the insured," Fla. Stat. § 627.409(2), the Court cannot properly consider this issue at this time.   *See* Report at 11 n.12.   Therefore, in accordance with Federal Rule of Civil Procedure 56(f), Plaintiff shall file a brief response addressing this issue, which shall not exceed 10 pages, by **April 22, 2021**.

3. Plaintiff's Motion for Summary Judgment [ECF No. 81] is **DENIED** for the reasons set forth in the Report.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 9th day of April, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**