UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60520-RAR

**SERENDIPITY AT SEA, LLC**,

    Plaintiff,

v.

**UNDERWRITERS AT LLOYD'S OF
LONDON SUBSCRIBING TO POLICY
NUMBER 187581**,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TAX COSTS

**THIS CAUSE** comes before the Court on Defendant's Unopposed Motion to Tax Costs ("Motion"), [ECF No. 261], filed on October 20, 2023. Rule 54(d)(1) of the Federal Rules of Civil Procedure states that "[u]nless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party." Fed. R. Civ. P. 54(d)(1). This rule establishes "a strong presumption that the prevailing party will be awarded costs." *Emery v. Am. Airlines, Inc.*, 647 F. App'x 968, 973 (11th Cir. 2016) (quoting *Mathews v. Crosby*, 480 F.3d 1265, 1276 (11th Cir. 2007)). A court may tax as costs those expenses enumerated in 28 U.S.C. § 1920. *Arcadian Fertilizer, L.P. v. MPW Indus. Servs., Inc.*, 249 F.3d 1293, 1296 (11th Cir. 2001). Before the court may tax costs against the losing party, the party claiming items of cost must make an affidavit, either personally or through counsel with knowledge of the facts, that such items are correct and necessarily incurred in the case, that the fees were actually charged, and that services were necessarily performed. *Fodor v. D'Isernia*, 599 F. App'x 375, 376 (11th Cir. 2015).

Defendant has outlined the costs that the Court may assess, pursuant to 28 U.S.C. § 1920, [ECF No. 261], and provided an affidavit stating that these costs were necessarily incurred to defend this action and for use at trial, [ECF No. 266].  Further, Plaintiff has not objected to the requested relief.  Mot. at 6.  Accordingly, the Court, having reviewed the Motion, Defendant's Bill of Costs, the supporting affidavit, and noting that Plaintiff has no objection to the relief sought, it is hereby

**ORDERED and ADJUDGED** that Defendant's Motion to Tax Costs is **GRANTED** and Defendant is hereby awarded costs totaling **$3,394.32.**

**DONE AND ORDERED** in Miami, Florida, this 31st day of October, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**